IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01712-REB-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$11,115.00 IN UNITED STATES CURRENCY, and
1995 MERCEDES S500 SEDAN, VIN WDBGA51E4SA219610,

      Defendants.

RICHARD P. FLEENOR,

      Claimant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Claimant Richard P. Fleenor's ("Fleenor") **Unopposed Motion to Lift Stay** [#25] (the "Motion"). On August 28, 2014, the Court imposed a stay in this matter pending the outcome of Claimant Fleenor's related criminal cases. *Order* [#18]. Claimant Fleenor now informs the Court that those cases have been resolved. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. The stay in this matter is **LIFTED**.

IT IS FURTHER **ORDERED** that the answer deadline is extended to **March 10, 2015**.

IT IS FURTHER **ORDERED** that a Status Conference is **SET** for **March 31, 2015** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel shall be prepared to discuss scheduling and deadlines to be set in this matter.

Dated: February 17, 2015