IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01712-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$11,115.00 IN UNITED STATES CURRENCY, and
1995 MERCEDES S500 SEDAN, VIN WDBGA51E4SA219610,

    Defendants.

RICHARD P. FLEENOR,

    Claimant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel** [#39][1] and Plaintiff's **Motion to Withdraw Motion to Compel** [#42] (the "Motion to Withdraw"). The Motion to Withdraw states that Plaintiff would like to withdraw the Motion to Compel. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Compel [#39] is deemed **WITHDRAWN** and the Motion to Withdraw [#42] is **GRANTED**.

    Dated: August 7, 2015

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.