**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01712-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$11,115.00 IN UNITED STATES CURRENCY,
1995 MERCEDES S500 SEDAN, VIN: WDBGA51E4SA219610,

    Defendants.

## ORDER GRANTING MOTION FOR FINAL ORDER OF FORFEITURE

**Blackburn, J.**

The matter before me is the **United States' Motion for Final Order of Forfeiture** [#46],[1] filed September 2, 2015.  Having reviewed the motion, the relevant record, and the apposite law, I find and conclude that the motion is well taken and should be granted.

The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881. All known parties have been provided the opportunity to respond, and publication has been effected as required by Supplemental Rule G(4).  The United States and claimant Richard Fleenor, through counsel, Harvey Steinberg, have reached a **Settlement Agreement** [#45], filed September 2, 2015, resolving Mr. Fleenor's interest as to defendants Currency and Mercedes.  The Settlement Agreement resolves all issues in

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management system (CM/ECF).  I use this convention throughout this order.

dispute as to defendants Currency and Mercedes. No other claims to the above-listed defendant properties have been filed. Therefore, there is cause to issue a forfeiture order under 21 U.S.C. § 881.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **United States' Motion for Final Order of Forfeiture** [#46], filed September 2, 2015, is granted;

2. That $2,000.00 of defendant $11,115.00 in United States Currency shall be returned to claimant Richard Fleenor;

3. That judgment of forfeiture shall enter in favor of the United States as to $9,115.00 of defendant $11,115.00 in United States currency and as to defendant Mercedes;

4. That the United States shall have full and legal title to $9,115.00 in United States Currency and defendant Mercedes, and may dispose of this forfeited property in accordance with law and the terms and provisions of the parties' Settlement Agreement; and

5. That this Order shall serve as a Certificate of Reasonable Cause as to defendants $9,115.00 in United States Currency and Mercedes under 28 U.S.C. § 2465.

Dated September 3, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge