**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01712-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$11,115.00 IN UNITED STATES CURRENCY,
1995 MERCEDES S500 SEDAN, VIN: WDBGA51E4SA219610,

    Defendants.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Final Order of Forfeiture entered by the Honorable U.S. District Judge Robert E. Blackburn, the following JUDGMENT is hereby entered:

1. That $2,000.00 of defendant $11,115.00 in United States Currency shall be returned to claimant Richard Fleenor;

2. That judgment of forfeiture shall enter in favor of the United States as to $9,115.00 of defendant $11,115.00 in United States currency and as to defendant Mercedes;

3. That the United States shall have full and legal title to $9,115.00 in United States Currency and defendant Mercedes, and may dispose of this forfeited property in accordance with law and the terms and provisions of

the parties' Settlement Agreement; and

4. That this Order shall serve as a Certificate of Reasonable Cause as to defendants $9,115.00 in United States Currency and Mercedes under 28 U.S.C. § 2465.

Dated at Denver, Colorado this 8th day of September, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

K. Finney
Deputy Clerk